JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rose Marie Rios,<br><br>           Plaintiff,<br><br>      vs.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>           Defendant. | Case No. 1:25-cv-00143-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 7, 2025 to July 7, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of May 5, 2025 and May 12, 2025, Plaintiff's Counsel has seventeen Merit briefs. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

    Respectfully submitted,

Dated: April 30, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: April 30, 2025    MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By: *\*/s/ Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on April 30, 2025)

# ORDER

Pursuant to the parties' stipulation and good cause appearing, Plaintiff shall file and serve Defendant with Plaintiff's motion for summary judgment on or before **July 7, 2025.** All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 1, 2025**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE