DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE RIOS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00143-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from July 7, 2025 to

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

July 11, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For this week of June 30, 2025 and July 7, 2025, Plaintiff's Counsel has three merit briefs, two reply briefs, and three EAJA stipulation due. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                          Respectfully submitted,

Dated: July 1, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                                        By: */s/ Dolly M. Trompeter*
                                        DOLLY M. TROMPETER
                                        Attorneys for Plaintiff

Dated: July 1, 2025        MICHELE BECKWITH
                                        Acting United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Office of Program Litigation
                                        Social Security Administration

                                        By:  */s/ Franco L. Becia*
                                          Franco L. Becia
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on July 1, 2025)

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, Plaintiff shall file and serve Defendant with Plaintiff's motion for summary judgment on or before July 11, 2025. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **July 2, 2025**            /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE