**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE MARIE RIOS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1],<br><br>Defendant. | Case No.: 1:25-cv-00143 JLT SKO<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br><br>(Docs. 16, 18, 23) |

Rose Marie Rios seeks judicial review of the decision denying her application for supplemental security income under Title XVI of the Social Security Act, asserting the physical residual functional capacity identified by the ALJ was not supported by substantial evidence in the record. (Doc. 1; Doc. 16.)

The magistrate judge found that the ALJ had a duty to develop the record given "the absence of any medical opinion addressing Plaintiff's post-surgery imaging studies and their impact, if any, on her function-by-function capabilities." (Doc. 23 at 10; *see also id.* at 8-11.) The magistrate judge determined that further administrative proceedings are "appropriate for the ALJ to develop the record

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

and make new findings related to Plaintiff's RFC. (*Id.* at 11.) Therefore, the magistrate judge recommended the Court grant Plaintiff's appeal/ motion for summary judgment, reverse the final decision of the Commissioner, remand for further proceedings, and enter judgment in favor of Plaintiff. (*Id.* at 11.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 23 at 11.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 11-12, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014).) Neither party filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 17, 2026 (Doc. 23) are **ADOPTED** in full.
2. Plaintiff's appeal and motion for summary judgment (Doc. 16) is **GRANTED.**
3. The Commissioner's request to affirm (Doc. 18) is **DENIED**.
4. The final decision of the Commissioner of Social Security is **REVERSED.**
5. This matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Court's findings.
6. The Clerk of Court is directed to terminate pending matters; enter judgment in favor of Plaintiff Rose Marie Rios and against Defendant Frank Bisignano, Commissioner of Social Security; and close this action.

IT IS SO ORDERED.

Dated: August 14, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE